UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RAUHAUS FREEDENFELD & ASSOCIATES, LLP,<br><br>*Plaintiff*<br>v.<br><br>PETER LANDS AND DAVID HOE,<br><br>*Defendants* | CASE NO.: 1:25-cv-10612-AK |

**ORDER GRANTING MOTION TO STAY PROCEEDINGS FOR <u>CONTRACTUALLY MANDATED MEDIATION</u>**

Upon consideration of the foregoing Joint Motion to Stay Proceeding for Contractually Mandated Mediation, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that all proceedings shall be stayed for seventy-five (75) days; and it is further

ORDERED that within seventy-five (75) days after the entry of this Order, the parties shall jointly advise this Court, via notice, whether this matter is resolved or the stay shall be lifted. If this matter is not resolved, Defendants shall have fourteen (14) days after said notice is received by this Court to respond to Plaintiff's Complaint.

SO ORDERED.

/s/ Angel Kelley
_____
ANGEL KELLEY
UNITED STATES DISTRICT JUDGE

1